UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00019-APG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| JULIUS D. HARDMON, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Compel United States Marshal to Provide Medical Care (doc. # 55), filed October 20, 2015.

In his motion, Defendant alleges that he is suffering from a large growth on his right ear caused by a perichondral hematoma and, after "repeatedly request[ing] medical care" from the U.S. Marshals Service, was eventually seen by a doctor on September 22, 2015 and given pain medication, but was told he would not receive further treatment. Doc. # 55. Defendant now moves the Court to order the U.S. Marshals Service to provide treatment for Defendant's perichondral hematoma.

The Court deems it appropriate to direct the government and the U.S. Marshals Service to submit a report directly to this Court outlining the efforts and results of the U.S. Marshals Service to address Defendant's medical issue while in pretrial custody.

Accordingly, **IT IS HEREBY ORDERED** that the government and the U.S. Marshals Service shall submit their report directly to this Court regarding the efforts and results of the U.S. Marshals Service to address Defendant's medical issue **no later than October 28, 2015 at 12:00 p.m.**

//

**IT IS FURTHER ORDERED** that a hearing on Defendant's motion is set on **October 29, 2015 at 3:30 p.m.** before this Court.

**IT IS FURTHER ORDERED** that a U.S. Marshals Service representative with knowledge of the status of Defendant's medical treatment shall be present at the hearing.

DATED: October 22, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**