

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) )  |
| v. | ) 2:14-CR-019-APG-(CWH) |
| JULIUS D. HARDMON, | ) ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant JULIUS D. HARDMON to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JULIUS D. HARDMON pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 54; Change of Plea, ECF No. 61; Plea Agreement, ECF No. 62; Preliminary Order of Forfeiture, ECF No. 63.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 18, 2015, through December 17, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 65.

///

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Dell Laptop, Inspiron 1720, Serial Number 69N9DF1;
2. a Seagate 160GB SATA hard drive, Model No. ST91608821AS, Serial No. 5MA9EB8E;
3. an eMachines computer, Model No. EL1300G-02W, Serial No. PTNAR0500191609145900;
4. a Hitachi 320GB SATA hard drive, Model No. HDT725032VLA380, Serial No. VFJ200R806UVAX; and
5. Miscellaneous CDs and DVDs containing child pornography.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 15th day of ~~February~~ march, 2016.

_____
UNITED STATES DISTRICT JUDGE